IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

CEDRIC WARREN,

     Petitioner,

                                   Case No. 5D23-567

v.                               LT Case No. 2001-36396-CFAES

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed May 19, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Cedric Warren, Lake City, pro se.

No Appearance for Respondent.


PER CURIAM.

     Due to Petitioner's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment and sentence in Volusia County Circuit Court Case No. 2001-36396-CFAES, this Court issued an order directing Petitioner to show cause why he should not

be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Having received no response, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

Therefore, in order to conserve judicial resources, the Clerk of this Court is directed not to accept any further pro se filings concerning the above referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2023); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

FUTURE PRO SE FILINGS PROHIBITED.

EISNAUGLE, HARRIS and KILBANE, JJ., concur.